UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------- x
MICHAEL L. SAVAGE,

        Civil Action Number: 3:01CV782(AVC)

    Plaintiff,

 - against -      **NOTICE OF MOTION**

KELLY ANN JONES and M.S. CARRIERS, INC.

        Oral Argument Not Requested
    Defendants.

------------------------------------- X

 PLEASE TAKE NOTICE that defendants KELLY ANN JONES and M.S. CARRIERS, INC., by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP will move this court, located at 450 Main Street, Hartford, Connecticut, on the 12th day of November, 2003 at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an order, pursuant to United States District Court for the District of Connecticut Local Rule 9(b), extending the case management schedule in this matter for an additional 60 days, together with such other and further relief as this court deems just and proper.

 This is a personal injury action arising out of a motor vehicle accident.

Dated: New York, New York
   October 27, 2003

       Yours, etc.,

   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   By: _____
     GREGORY S. KATZ (pro hac vice)
     Attorneys for Defendants
     KELLY ANN JONES and M.S. CARRIERS, INC.
     150 East 42nd Street
     New York, New York 10017-5639
     (212) 490-3000
     File No. 07214.00006

1408873.1

TO:   OFFICE OF THE CLERK
      United States District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut  06103

      HON. ALFRED V. COVELLO
      United State District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut 06103

      KING AND SHAW
      Attorneys for the Plaintiff
      94 Prospect Street
      New Haven, CT 06511

1408873.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------X
MICHAEL L. SAVAGE,

                    Plaintiff,

- against -

KELLY ANN JONES and M.S. CARRIERS, INC.

                    Defendants.

------------------------------------------------X

Civil Action Number: 3:01CV782(AVC)

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

Oral Argument Not Requested

GREGORY S. KATZ an attorney duly admitted to practice law before the United States District Court for the District of Connecticut *pro hac vice*, hereby affirms under the penalties of perjury:

1. I am a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for defendants KELLY ANN JONES and M.S. CARRIERS, INC., in the above referenced matter. As such, I am fully familiar with the facts and circumstances set forth within by reason of review of the file maintained by this office.

2. I submit this affirmation in support of an extension of the case management schedule in the above referenced action for an additional 60 days. Plaintiff consents to this application.

3. The defendants request this extension of time in order to complete discovery in the within action. We have substantially completed all discovery in that depositions and IMEs were completed. However, an extension of time is requested to complete expert depositions and expert videotaped trial testimony, provide the court with a pre-trial statement, complete

1408873.1

dispositive motions, complete motions in limine. Defendants also request a 60 day adjournment of the trial date.

4.  The expert depositions and their videotaped trial testimony was scheduled for September 17 and 18, 2003. Unfortunately, due to Hurricane Isabel, the depositions and trial testimony (in Maryland) could not go forward.

5.  We rescheduled the depositions and trial testimony of both experts, but they were unavailable until December 2 and 3, 2003.

6.  Accordingly, at this time it is impossible for the parties to comply with the case management schedule in this action. Specifically, without the expert deposition testimony and the doctors' trial testimony a pre-trial statement cannot be completed, dispositive motions cannot be completed and the parties certainly cannot be trial ready.

7.  Plaintiff's counsel has consented to the adjournment of the depositions, trial testimony and the extension of the case management schedule.

8.  Although there has been several applications made for an extension of the discovery deadline in this matter, each of the adjournments were due to unforeseen, uncontrolable circumstances. Initially, discovery in this personal injury action was delayed because the plaintiff was involved in a serious motorcycle accident, sustaining a compound fracture of his tibia, a fractured pelvis and a cracked vertebrae causing him to be unable to participate in discovery for a significant period of time. Thereafter the taking of expert testimony was delayed because of surgery to defense counsel and now the delay was caused by a hurricane.

1408873.1

9.  Wherefore, the defendants respectfully request that the Court grant this extension of 60 days for all future proceedings in this action.

_____
GREGORY S. KATZ, ESQ. (pro hac vice)

1408873.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**CINDA BALKCON**, duly sworn, deposes, and says: that deponent is not a party to the action, is over 18 years of age and resides at Queens, New York.

That on the 28th day of October, 2003, deponent served the within **NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

TO:   OFFICE OF THE CLERK
      United States District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut 06103

      HON. ALFRED V. COVELLO
      United State District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut 06103

      KING AND SHAW
      Attorneys for the Plaintiff
      94 Prospect Street
      New Haven, CT 06511

in this action at the addresses designated by said attorney(s) for that purpose by depositing same in a correctly addressed envelope, in a container under the custody and control of the United Postal Service.

_____
CINDA BALKCON

Sworn to before me on this
28th day of October, 2003

_____
Notary Public

BARBARA M. KOTACKA
Notary Public, State of New York
No. 02KO6028015
Qualified in New York County
Commission Expires July 19, 200_

1474645.1