UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------- x
MICHAEL L. SAVAGE,

                    Plaintiff,

      - against -

KELLY ANN JONES and M.S. CARRIERS, INC.

                    Defendants.
---------------------------------------- X

Civil Action Number: 3:01CV782(AVC)

**NOTICE OF MOTION**

Oral Argument Not Requested

      PLEASE TAKE NOTICE that defendants KELLY ANN JONES and M.S. CARRIERS, INC., by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP will move this court, located at 450 Main Street, Hartford, Connecticut, on the 12th day of November, 2003 at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an order, pursuant to United States District Court for the District of Connecticut Local Rule 9(b), extending the case management schedule in this matter for an additional 60 days, together with such other and further relief as this court deems just and proper.

      This is a personal injury action arising out of a motor vehicle accident.

Dated: New York, New York
       October 27, 2003

                            Yours, etc.,

                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            By: _____
                            GREGORY S. KATZ (pro hac vice)
                            Attorneys for Defendants
                            KELLY ANN JONES and M.S. CARRIERS, INC.
                            150 East 42nd Street
                            New York, New York 10017-5639
                            (212) 490-3000
                            File No. 07214.00006

1408873.1

*November 3, 2003. SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*
*GRANTED*