UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL L. SAVAGE

      Vs.                     CASE NO. 3:01CV00782 (AVC)

KELLI ANN JONES and
M/S CARRIERS, INC.

NOTICE TO COUNSEL

The above-entitled case was reported to the Court on December 16, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 17th day of December, 2003.

KEVIN F. ROWE, CLERK


By _____/s/ JW_____
          Jo-Ann Walker
          Deputy Clerk