UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL L. SAVAGE

V.                                          CASE NO.  3:01CV00782(AVC)

KELLY ANN JONES and
M/S CARRIERS, INC.

JUDGMENT

Counsel of record having reported to the Court on December 16, 2003, that the

above-entitled case has settled, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without

prejudice to the right of any party to move within 30 days to re-open the case if the

settlement has not been consummated.

Dated at Hartford, Connecticut, this 29th day of January, 2004.

KEVIN F. ROWE, CLERK


By_____ /s/ JW _____
        Jo-Ann Walker
        Deputy Clerk


EOD:_____